DocuSign Envelope ID: E8158529-CF36-4B7F-B858-0657210FEA64

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| XPO LOGISTICS, INC., | ) | Civil No. 3:19-cv-00348-FDW-DSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | SUPPLEMENTAL |
| JESSICA NORTHROP, | ) | DECLARATION OF JESSICA |
| | ) | NORTHROP |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Jessica Northrop hereby declares as follows:

1. I am over 18 years of age and of sound mind.

2. I am the Defendant in the above captioned matter. The facts stated herein are from my own personal knowledge.

3. In addition to "Less-than-truckload," (also known as "LTL,") XPO's businesses also include "drayage," "expedite," "full truckload," "global forwarding," "intermodal," "last mile," "managed transportation," "supply chain" and "technology."  XPO's Internet website, www.xpo.com, makes information available to the public regarding each of these businesses.  Attached hereto as Exhibits 1 - 10 are true and accurate printouts from XPO's website describing each XPO business.

4. During my tenure with XPO, I have only worked in XPO's LTL business.  The only job duties I have performed are those associated with an XPO LTL terminal manager.  The XPO LTL terminal in Syracuse, New York, where I previously worked, also employed

DocuSign Envelope ID: E8158529-CF36-4B7F-B858-0657210FEA64

drivers and dock workers. Drivers are responsible for driving XPO's LTL trucks and transporting LTL loads. Dock workers are responsible for loading and unloading LTL trucks. I have never performed the job duties of an XPO LTL driver or XPO LTL dock worker.

5. I have not done any work or performed any job duties for XPO's "drayage," "expedite," "full truckload," "global forwarding," "intermodal," "last mile," "managed transportation," "supply chain" or "technology" businesses.

I, Jessica Northrop, declare under the penalty of perjury that the foregoing statements are true and accurate.

_____
Jessica Northrop

Date Signed: 7/31/2019 _____

DocuSign Envelope ID: E8158529-CF36-4B7F-B858-0657210FEA64

Dated: July 31, 2019

    /s/ Philip J. Gibbons, Jr_____
Philip J. Gibbons, Jr., NCSB# 50276
phil@gibbonsleis.com
Craig L. Leis, NCSB #48582
craig@gibbonsleis.com
GIBBONS LEIS, PLLC
14045 Ballantyne Corporate Pl., Suite 325
Charlotte, NC 28277
Telephone: (704)-612-0038
Facsimile (704) 612-0038

*Attorneys for Defendant*

DocuSign Envelope ID: E8158529-CF36-4B7F-B858-0657210FEA64

## **CERTIFICATE OF SERVICE**

This is to certify that on July 31, 2019, the undersigned counsel filed the foregoing pleading using the Court's CM/ECF system that will send notification of this filing to all counsel of record.

  /s/  Philip J. Gibbons, Jr
Philip J. Gibbons, Jr., NCSB# 50276
phil@gibbonsleis.com

*Attorney for Plaintiff*